**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 5:07-cr-1(DCB)(LRA)

BURNELL HARRIS                                                    DEFENDANT

### JUDGMENT

This matter came on for trial before the Court with a jury on July 17-23, 2007.  The defendant, Burnell Harris, was found guilty as to all counts of the indictment, which include: (1) three counts of embezzlement in violation of 18 U.S.C. § 666, (2) two counts of money laundering in violation of 18 U.S.C. § 1957, and (3) four counts of tax evasion in violation of 26 U.S.C. § 7201.  A judgment of guilt was entered by the Court in accordance with the verdict of the jury, and a written judgment of guilt and conviction is hereby entered.  Accordingly,

IT IS SO ORDERED this the 25th day of July, 2007.


                                            s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE