IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CIVIL NO. 5:09cv176 DCB-LRA**
                                                       **CRIMINAL NO. 5:07cr1 DCB-LRA**

**BURNELL HARRIS**

ORDER

The Court having reviewed the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed herein; upon motion of the United States, and upon a finding that the defendant alleges ineffective assistance of counsel,

IT IS THEREFORE ORDERED that the government furnish a copy of the defendant's motion and brief to former counsel for the movant in the above-mentioned proceedings, Harris H. Barnes, III and W. Bruce Lewis, and that said former counsel for the movant respond by filing in this cause within thirty days of this Order written affidavits to the allegations made by the movant in the defendant's motion and brief, with a copy of the affidavits provided to the government, and the Court further and specifically finds that the movant has waived his right to claim an attorney-client privilege in regard to these proceedings, and

IT IS FURTHER ORDERED that the government submit its Response no later than thirty days after the submission of the above-referenced affidavits.

ORDERED on this, the 20th day of March, 2010.

                                                   s/David C. Bramlette
                                                   DAVID C. BRAMLETTE, III
                                                   SENIOR UNITED STATES DISTRICT COURT JUDGE